UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN BEELER,

    Plaintiff,

                                                  Case No. 21-10903

v.

                                                  Hon. George Caram Steeh

RIVAS and SCHILLER,             Hon. Kimberly G. Altman

    Defendants.
_____/

ORDER ACCEPTING REPORT AND
RECOMMENDATION AND DISMISSING
CASE FOR FAILURE TO PROSECUTE

      On March 14, 2022, Magistrate Judge Kimberly G. Altman issued a report and recommendation proposing that the court dismiss Plaintiff's complaint for failure to prosecute. No timely objections have been filed.

      With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

-1-

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Altman's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Altman's report and recommendation (ECF No. 26) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Dated:  April 5, 2022

                                               s/George Caram Steeh
                                               GEORGE CARAM STEEH
                                               UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 5, 2022, by electronic and/or ordinary mail and also on Kevin Beeler #618005, G. Robert Cotton Correctional Facility, 3500 N. Elm Road, Jackson, MI 49201.

s/Brianna Sauve
Deputy Clerk